IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No. 07-cv-01291-PAB-MEH | Date: June 4, 2009 |
| Courtroom Deputy: Cathy Coomes | **FTR – Courtroom C203** |

USA,                                                                            James Sandy Russell

    Plaintiff,

vs.

$183,020.00 IN UNITED STATES CURRENCY,

    Defendant.

EVAN SANDERS,                                       Nicolas Geman

    Claimant.

## COURTROOM MINUTES/MINUTE ORDER

**TELEPHONIC MOTION HEARING**

**Court in session:**    9:04 a.m.

The court calls the case. Appearances of counsel by telephone.

Discussion regarding the status of the case and administrative closure.

Counsel are directed to file a motion to administratively close this case. Under Local Rule 41.2, the case may be reopened upon showing of good cause.

**ORDERED:**  The Unopposed Motion to Stay Forfeiture Proceedings is DENIED as moot.

**Court in recess:**    9:08 a.m.  (Hearing concluded)
**Total time in court:**  0:04