IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 07-cv-01291-PAB-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$183,020.00 IN UNITED STATES CURRENCY,

    Defendant.

_____

**ORDER**
_____

This matter comes before the Court on the Claimant's Unopposed Motion to Administratively Close Case [Docket No. 36]. In light of the pending appeal of Claimant's criminal conviction (Case No. 08CA1888 in the Colorado Court of Appeals), it is appropriate that this case be administratively closed. Therefore, it is

**ORDERED** that the Motion to Administratively Close Case [Docket No. 36] is granted and, pursuant to D.C.COLO.LCivR 41.2, this case shall be administratively closed. The case may be reopened by any party upon a showing of good cause. It is further

**ORDERED** that all settings and deadlines in this case are vacated.

DATED June 22, 2009.

                                        BY THE COURT:

                                        s/Philip A. Brimmer
                                        PHILIP A. BRIMMER
                                        United States District Judge