IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 07-cv-01291-PAB-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$183,020.00 IN UNITED STATES CURRENCY,

    Defendant.

_____

**ORDER**
_____

    This matter comes before the Court on plaintiff's Motion to Reopen Case [Docket No. 42]. Good cause appearing, it is

    ORDERED that this case shall be reopened.

    DATED November 7, 2011.

                                          BY THE COURT:

                                          s/Philip A. Brimmer
                                          PHILIP A. BRIMMER
                                          United States District Judge