IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 07-cv-01291-PAB-MEH

UNITED STATES OF AMERICA,

      Plaintiff,

v.

$183,020.00 IN UNITED STATES CURRENCY,

      Defendant.

_____

**ORDER**

_____

      This matter is before the Court on a review of the docket.  The parties have included as part of the Settlement Agreement [Docket No. 50] filed in this case an automated payment enrollment form which includes the social security number of a claimant.  As such, the filing appears to violate Fed. R. Civ. P. 5.2(a).

      Therefore, it is

      **ORDERED** that the Settlement Agreement [Docket No. 50] shall be restricted at Level One.  It is further

      **ORDERED** that, on or before **5:00 p.m.** on **Friday, April 27, 2012**, Evan Sanders shall indicate whether he waives the protections of Rule 5.2(a) and, if not, the plaintiff shall re-file without restrictions a redacted copy of Docket No. 50 that complies with Federal Rule of Civil Procedure 5.2(a).

DATED April 26, 2012.

BY THE COURT:


  s/Philip A. Brimmer                          
PHILIP A. BRIMMER
United States District Judge