IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 07-cv-01291-PAB-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$183,020.00 IN UNITED STATES CURRENCY,

    Defendant.

_____

**FINAL ORDER OF FORFEITURE**
_____

THIS MATTER comes before the Court on the United States' Motion for Final Order of Forfeiture [Docket No. 51]. The Court having read the motion and being fully advised in the premises finds that:

The United States commenced this action *in rem* pursuant to 21 U.S.C. § 881;

All known parties have been provided with an opportunity to respond, and publication has been effected as required by Supplemental Rule G(4);

The United States and claimant Evan Sanders through counsel Ariel Benjamin, Esq. have reached a settlement and have filed a Settlement Agreement with the Court resolving all issues in dispute;

No other claims to defendant property have been filed;

Forfeiture of $164,520.00 of defendant $183,020.00 in United States Currency shall enter in favor of the United States;

It further appears there is cause to issue a forfeiture order under 21 U.S.C. § 881.

NOW, THEREFORE, IT IS ORDERED that:

1. Forfeiture of $164,520.00 of defendant $183,020.00 in United States Currency shall enter in favor of the United States;

2. The United States shall have full and legal title to the defendant property, and may dispose of it in accordance with law and in accordance with the terms and provisions of the parties' Settlement Agreement;

3. The Clerk of Court is directed to enter Judgment; and

4. A Certificate of Reasonable Cause, which this Order constitutes, is granted as to all defendant property pursuant to 28 U.S.C. § 2465.

DATED June 28, 2012.

BY THE COURT:

  s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge